PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CORRINE ASLEE CROSS, ) | |
| ) | CASE NO. 5:17CV1888 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NANCY A. BERRYHILL, ) | |
| DEPUTY COMMISSIONER ) | |
| FOR OPERATIONS, ) | |
| Performing duties and functions not reserved ) | |
| to the Commissioner of Social Security, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendant. ) | **ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Corrine Aslee Cross's application for Disability Insurance Benefits ("DBI") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Thomas M. Parker for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On June 13, 2018, the magistrate judge submitted a Report (ECF No. 17) recommending that the Court vacate the Commissioner's decision and remand the case to the Commissioner.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. On June 26, 2018, the Commissioner filed a Response to

(5:17CV1888)

Magistrate Judge's Report and Recommended Decision (ECF No. 18), stating that the Commissioner will not be filing objections.  Furthermore, Plaintiff has not filed any objections, evidencing satisfaction with the magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

      Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The Court vacates the decision of the Commissioner of Social Security and remands this case to the Commissioner for further proceedings consistent with the Report and Recommendation.

      IT IS SO ORDERED.

| | |
|---|---|
|    June 29, 2018    |   */s/ Benita Y. Pearson*    |
| Date | Benita Y. Pearson<br>United States District Judge |